# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BOLIVAR ESTEVEZ, individually and on behalf of all others similarly situated,<br><br>v.<br><br>CHANGE HEALTHCARE, INC. | Case No. 3:22-cv-00327<br>FLSA Collective Action<br><br>Judge Aleta A. Trauger |

## ORDER APPROVING SETTLEMENT AGREEMENT

Came on to be considered Plaintiff Bolivar Estevez's Unopposed Motion to Approve Settlement Agreement, and the Court having reviewed the motion, the exhibits thereto, and any argument of counsel is of the opinion that it should be and hereby is GRANTED.

It is therefore ORDERED as follows:

The following persons shall be provided notice of this case and the settlement, pursuant to the FLSA, 29 U.S.C. 216(b), as provided in the Parties' Settlement Agreement:

> All non-exempt employees, regardless of exact job, position held, or title, employed by Change Healthcare Inc. or its subsidiaries in the United States at any point from November 27, 2021, to February 4, 2022, who were employed in a job position that used, Kronos Private Cloud (or would have used it but for the Kronos Outage) to track their hours worked.

The Parties' Settlement Agreement is APPROVED, including the distribution to Plaintiffs, service award to the Representative Plaintiff, and Plaintiffs' attorneys' fees and expenses as set forth in the Parties' Settlement Agreement.

The proposed Notice and Consent forms attached to the Settlement Release, are AUTHORIZED to be sent to the putative collective members, by US mail and email, as set forth in the Parties' Settlement Agreement.

This case and all claims asserted in this case by all Plaintiffs opting-into the settlement, are DISMISSED WITH PREJUDICE, with each Party to bear its own costs and fees, except as set forth in the Settlement Agreement.

| | |
|---|---|
| June 13, 2023 | _[signature]_ |
| Date | Aleta A. Trauger |
| | United States District Judge |